IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANDREW ROSS, JR.**  PLAINTIFF
ADC #500692

V.  CASE NO. 4:21-CV-44-JM-BD

**JANICE BLAKE,** *et al.*  DEFENDANTS

## ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge Beth Deere and Plaintiff's objections. After conducting a *de novo* review, this Court adopts the Recommendation in its entirety as its findings in all respects.

Mr. Ross's claims are DISMISSED, without prejudice. This counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

IT IS SO ORDERED, this 17th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE