# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ANDREW ROSS, JR.**                                                                                         **PLAINTIFF**
**ADC #500692**

V.                   **CASE NO. 4:21-CV-44-JM-BD**

**JANICE BLAKE,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 17th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE